THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Edward Lee
 Cross #2, Appellant.
 
 
 

Appeal From Richland County
 James R. Barber, Circuit Court Judge
Unpublished Opinion No. 2008-UP-049
Submitted January 2, 2008  Filed January
 14, 2008
APPEAL DISMISSED 
 

 
 
 
 Aileen P. Clare, South Carolina Commission on Indigent Defense, Division
 of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
  of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Edward Lee Cross pled guilty to four
 counts of forgery and was given concurrent and consecutive sentences totaling
 eight years.  On appeal, Cross contends
 his sentence is unconstitutionally disproportionate.  Crosss counsel attached to the brief a
 petition to be relieved as counsel, stating that she had reviewed the record
 and concluded this appeal lacks merit.  Cross did not file a separate pro se brief.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be
 relieved.[1]
APPEAL DISMISSED.
HUFF and PIEPER, JJ., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.